UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
B.L. et al.,

                         Plaintiffs,          25-CV-03295 (VSB) (VF)

      -against-                            **ORDER**

NEW YORK CITY DEPARTMENT
OF EDUCATION,

                        Defendant.
------------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge:**

      The parties are directed to meet and confer and complete a Proposed Case Management Plan, at https://nysd.uscourts.gov/hon-valerie-figueredo, and file it on ECF by **Friday, October 24, 2025**. Counsel who disagree about the dates or other terms of the proposed schedule shall submit a joint letter briefly explaining the dispute. Such letter, if any, must be submitted by **Friday, October 24, 2025**.

      SO ORDERED.

DATED:    New York, New York
              September 25, 2025

                                                                       VALERIE FIGUEREDO
                                                                       United States Magistrate Judge